IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LOUISIANA INTERNATIONAL MARINE, L.L.C., | § § § § | |
| v. | § § | CIVIL ACTION NO. C-11-186 |
| The Drilling Rig ATLAS CENTURY, and her engines, tackle, apparel, appurtenances, etc., *in rem*, and KTM SERVICES, INC., *in personam* | § § § § § § | Admiralty FED. R. CIV. P. 9(h) |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On September 20, 2011, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that Plaintiff Louisiana International Marine, L.L.C.'s Motion for Judgment by Default Against All Non-Appearing Claimants (D.E. 38, 46)[1] should be granted. (D.E. 59.) No objections to the Magistrate Judge's Memorandum and Recommendations have been filed.

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendations, as well as the pleadings, and having made a de novo review of the Magistrate Judge's recommended disposition, 28 U.S.C. § 636(b)(1)(C), FED. R. CIV.

---

1. Plaintiff's Second Motion for Default (D.E. 46) is essentially the same as its First Motion for Default (D.E. 38), except that the Second Motion for Default updates the parties' positions on whether they oppose or do not oppose the motion. (*Compare* D.E. 38-7 *with* 46-7.)

P. 72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

**WHEREFORE**, Plaintiff's Motion for Default Judgment is **GRANTED** and default judgment is entered against all non-appearing claimants.

**ORDERED** this 17th day of October 2011.

_____
**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**