IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **LOUISIANA INTERNATIONAL** | § | |
| **MARINE, L.L.C.,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-CV-00186 |
| | § | |
| The Drilling Rig **ATLAS CENTURY,** | § | Admiralty – FED. R. CIV. P. 9(h) |
| and her engines, tackle, apparel, | § | |
| appurtenances, etc., *in rem*, and | § | |
| **KTM SERVICES, INC.,** *in personam*. | § | |

## ORDER STAYING INTERLOCUTORY SALE OF
## THE DRILLING RIG ATLAS CENTURY

The Court considered the Defendants' Emergency Motion for Stay of Interlocutory Sale of the Drilling Rig Atlas Century, filed by Defendants, the Drilling Rig ATLAS CENTURY, and her engines, tackle, apparel, appurtenances, etc., *in rem*, and KTM SERVICES, INC., *in personam* ("Defendants"). After considering the pleadings and arguments of counsel, and all other matters presented to the Court, the Court determined that the Defendants' Emergency Motion is well taken and should be granted. The parties further stated that agreed judgments would be entered in favor of the creditor-parties for the full amount of their respective claims, which includes the debt, attorneys' fees, and expenses. Defendants further stipulated that they waive any and all notice requirements henceforth, whether such notice requirements are Local Admiralty Rules, statutory, or otherwise, regarding the sale of the Drilling Rig Atlas Century.

IT IS, THEREFORE, ORDERED that the Defendants' Emergency Motion for Stay of Interlocutory Sale of the Drilling Rig Atlas Century is GRANTED and that the scheduled sale of the Drilling Rig Atlas Century (the "Drilling Rig") at public auction on Friday, May 11, 2012,

at 10:00 a.m., at the United States District Courthouse, 1133 N. Shoreline Blvd., Corpus Christi, TX 78401, is hereby stayed until May 21, 2012.  It is further,

ORDERED that the May 21, 2012 public auction of the Drilling Rig shall be stayed until June 15, 2012, provided Defendants cause $100,000.00 to be deposited into the Court's registry on or before May 16, 2012.  It is further,

ORDERED that the June 15, 2012 public auction of the Drilling Rig shall be stayed, provided Defendants pay the plaintiff and intervenors the full amount of their respective claims, which includes the debt, attorneys' fees, and expenses.

**ORDERED** this 11th day of May 2012.

**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**